**NOT FOR PUBLICATION**

In the

United States Court of Appeals

For the Eleventh Circuit

_____

No. 25-11479
Non-Argument Calendar
_____

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

LARONCE HOWELL,

*Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Middle District of Georgia
D.C. Docket No. 7:22-cr-00055-WLS-ALS-1
_____

Before NEWSOM, BRANCH, and BRASHER, Circuit Judges.

PER CURIAM:

Jonathan R. Dodson, appointed counsel for LaRonce Howell in this direct criminal appeal, has moved to withdraw from further representation of Howell and filed a brief pursuant to

2                         Opinion of the Court                    25-11479

*Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because an independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Howell's conviction and sentence are **AFFIRMED**.